Submitted on respondents on review's petition for reconsideration allowed
March 24,* former opinion (312 Or 274, 831 P2d 1080 (1991)) adhered to
June 18, 1992
See 315 Or 291 (1992) for opinion on court's own motion

Adam Charles BREMNER,
by and through
his guardian ad litem Deborah A. Bremner,
Deborah A. Bremner and Brian G. Bremner,
*Respondents on Review/
Petitioners on Reconsideration,*

v.

Ellen CHARLES, M.D.,
Joseph H. Diehl, M.D.
and Pendleton Community Memorial Hospital,
*Petitioners on Review/
Respondents on Reconsideration.*

(CC 86-163; CA A45607;
SC S37668, S37674, S37713)

832 P2d 454

Jossi Davidson, Silverton, filed the petition for reconsideration for respondents on review.

The response to the petition was filed by Mildred J. Carmack, of Schwabe, Williamson & Wyatt, Portland, for petitioner on review; with her on the response were Jeffrey S. Eden, of Cooney, Moscato & Crew, P.C., Portland, for petitioner on review Ellen Charles, M.D., and Lindsey H. Hughes, of Hallmark, Keating & Abbott, for petitioner on review Pendleton Community Memorial Hospital.

Kathryn H. Clarke, Portland, and John Paul Graff, Portland, filed a brief on behalf of *amicus curiae* Oregon Trial Lawyers Association.

Jana Toran, Portland, filed a brief on behalf of *amicus curiae* ACLU Foundation of Oregon.

---

* 104 Or App 75, 799 P2d 188 (1990), *rev'd*, 312 Or 274, 821 P2d 1080 (1991), on an appeal from the Umatilla County Circuit Court, Jack F. Olsen, Judge.

Jana Toran, of Ater Wynne Hewitt Dodson & Skerritt, Portland, filed a joint brief on behalf of *amicus curiae* ACLU Foundation of Oregon, with Kathryn H. Clarke, Portland, and John Paul Graff, Portland, on behalf of *amicus curiae* Oregon Trial Lawyers Association.

MEMORANDUM OPINION

Former opinion adhered to.